| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | MAURICE A. LEITER (State Bar No. 123732) |
|   | maury.leiter@aporter.com |
|   | 777 South Figueroa Street, 44th Floor |
| 3 | Los Angeles, California 90017-5844 |
|   | Telephone: +1 213.243.4000 |
| 4 | Facsimile: +1 213.243.4199 |
| 5 | ARNOLD & PORTER LLP |
|   | MICHAEL J. BAKER (State Bar No. 56492) |
| 6 | michael.baker@aporter.com |
|   | SHARON D. MAYO (State Bar No. 150469) |
| 7 | sharon.mayo@aporter.com |
|   | JEREMY M. MCLAUGHLIN (State Bar No. 258644) |
| 8 | jeremy.mclaughlin@aporter.com |
|   | Three Embarcadero Center, 7th Floor |
| 9 | San Francisco, California 94111-4024 |
|   | Telephone: +1 415.471.3100 |
| 10 | Facsimile: +1 415.471.3400 |
| 11 | ARNOLD & PORTER LLP |
|   | STEVEN G. READE (DC Bar No. 370778) |
| 12 |     (admitted *pro hac vice* in lead case *Caouette*) |
|   | steven.reade@aporter.com |
| 13 | 555 Twelfth Street, N.W. |
|   | Washington D.C. 20004-1206 |
| 14 | Telephone: +1 202.942.5000 |
|   | Facsimile: +1 202.942.5999 |
| 15 | |
|   | *Attorneys for Defendant McKesson Corporation* |
| 16 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERTUS CORKERIN *et al.*, | Case No. CV-12-4803 EMC |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, | |
| Defendants. | |

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL    No. CV-12-4803 EMC

1  PLEASE TAKE NOTICE that pursuant to Local Rules 5-1 and 11-5, Defendant McKesson
2  Corporation ("McKesson") hereby substitutes Maurice A. Leiter, Michael J. Baker, Sharon D.
3  Mayo, Jeremy M. McLaughlin, and Steven G. Reade of Arnold & Porter LLP as its counsel of
4  record in the above-captioned matter in place of Pavan L. Rosati of Goodman Neuman Hamilton
5  LLP.  This substitution of counsel is in the interests of justice, and not made for purposes of delay
6  or any other improper purpose.
7  Accordingly, McKesson respectfully requests that the Court enter an order reflecting this
8  substitution, that all necessary changes be made to the Court's record and ECF, and that all future
9  communications regarding this case be directed to the following:

10 ARNOLD & PORTER LLP
11 MAURICE A. LEITER
   maury.leiter@aporter.com
12 777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
13 Telephone: +1 213.243.4000
   Facsimile: +1 213.243.4199
14
15 ARNOLD & PORTER LLP
   MICHAEL J. BAKER
16 michael.baker@aporter.com
   SHARON D. MAYO
17 sharon.mayo@aporter.com
   JEREMY M. MCLAUGHLIN
18 jeremy.mclaughlin@aporter.com
   Three Embarcadero Center, 7th Floor
19 San Francisco, California 94111-4024
20 Telephone: +1 415.471.3100
   Facsimile: +1 415.471.3400
21
22 ARNOLD & PORTER LLP
   STEVEN G. READE
23 steven.reade@aporter.com
   555 Twelfth Street, N.W.
24 Washington D.C. 20004-1206
   Telephone:  +1 202.942.5000
25 Facsimile:  +1 202.942.5999

26 The undersigned parties consent to the above substitution of counsel.
27
28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL                              No. CV-12-4803 EMC

| | | |
|---|---|---|
| 1 | Dated: November 2, 2012 | MCKESSON CORPORATION |
| 2 | | One Post Street |
| | | San Francisco, CA 94104 |
| 3 | | |
| | | By: /s/_____ |
| 4 | | GEORGETTE PAN |
| 5 | | |
| | | Litigation Counsel for McKesson Corp. |
| 6 | | |
| 7 | Dated: November 2, 2012 | ARNOLD & PORTER LLP |
| | | Three Embarcadero Center, 7th Floor |
| 8 | | San Francisco, CA 94111 |
| 9 | | |
| | | By: /s/_____ |
| 10 | | JEREMY M. MCLAUGHLIN |
| 11 | | |
| | | Attorneys for Defendants McKesson |
| 12 | | Corporation, Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, |
| 13 | | Sanofi US Services Inc., and Sanofi-Synthelabo Inc. |
| 14 | | |
| 15 | Dated: November 2, 2012 | HERSH & HERSH, PC |
| | | 601 Van Ness Avenue, Suite 2080 |
| 16 | | San Francisco, CA 94102 |
| 17 | | |
| | | THE MILLER FIRM, LLC |
| 18 | | 108 Railroad Avenue |
| | | Orange, VA 22960 |
| 19 | | |
| 20 | | By: /s/_____ |
| | | MARK E. BURTON, JR. |
| 21 | | |
| | | Attorneys for Plaintiffs |
| 22 | | |
| 23 | Dated: November 2, 2012 | GOODMAN NEUMAN HAMILTON LLP |
| | | 417 Montgomery Street, 10th Floor |
| 24 | | San Francisco, CA 94104 |
| 25 | | |
| | | By: /s/_____ |
| 26 | | PAVAN L. ROSATI |

27     **ATTESTATION**: The filer of this document attests that the concurrence of the other

28 signatories thereto has been obtained.

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL      No. CV-12-4803 EMC

1 **[PROP~~O~~SED] ORDER**

2  Having reviewed and considered Defendant McKesson Corporation's Notice of Withdrawal
3 and Substitution of Counsel, and good cause appearing, the Court hereby orders that Pavan L.
4 Rosati of Goodman Neuman Hamilton LLP be permitted to withdraw as counsel of record, and
5 Maurice A. Leiter, Michael J. Baker, Sharon D. Mayo, Jeremy M. McLaughlin, and Steven G.
6 Reade of Arnold & Porter LLP may appear as substitute counsel of record. The Court's ECF
7 system shall be updated to reflect these changes.

8  IT IS SO ORDERED.

9
10 Dated: _____11/6_____ 2012    _____
                                 EDW...
11                               Unite...

*IT IS SO ORDERED.*
*Judge Edward M. Chen*

|   |   |
|---|---|
| 1 | ARNOLD & PORTER LLP |
|   | MAURICE A. LEITER (State Bar No. 123732) |
| 2 | maury.leiter@aporter.com |
|   | 777 South Figueroa Street, 44th Floor |
| 3 | Los Angeles, California 90017-5844 |
| 4 | Telephone: +1 213.243.4000 |
|   | Facsimile: +1 213.243.4199 |

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
JEREMY M. MCLAUGHLIN (State Bar No. 258644)
jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

ARNOLD & PORTER LLP
STEVEN G. READE (DC Bar No. 370778)
  (admitted *pro hac vice* in lead case *Caouette*)
steven.reade@aporter.com
555 Twelfth Street, N.W.
Washington D.C. 20004-1206
Telephone: +1 202.942.5000
Facsimile: +1 202.942.5999

*Attorneys for McKesson Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| VERTUS CORKERIN *et al.*, | ) No. CV-12-4803 EMC |
|---|---|
| Plaintiffs, | ) |
| v. | ) |
| BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, | ) **PROOF OF SERVICE** |
| Defendants. | ) |

PROOF OF SERVICE                                                                     No. CV-12-4803 EMC

**PROOF OF SERVICE**

I, Christopher S. Roberts, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On November 2, 2012, I served the following document(s) described as:

1. **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

2. **PROPOSED ORDER**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by transmitting via email the document(s) listed above o the email address(es) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ electronically through the Court's CM/ECF system.

| | |
|---|---|
| Nancy Hersh, Esq. | Michael Miller, Esq. |
| Mark E. Burton, Jr., Esq. | Jeffrey A. Travers, Esq. |
| HERSH & HERSH, A Professional Corporation | THE MILLER FIRM, LLC |
| 601 Van Ness Avenue, Suite 2080 | 108 Railroad Avenue |
| San Francisco, CA 94102 | Orange, VA 22960 |
| *Attorneys for Plaintiffs* [via CM/ECF] | *Attorneys for Plaintiffs* [via U.S. Mail] |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on November 2, 2012.

_____
Christopher S. Roberts

PROOF OF SERVICE

No. CV-12-4803 EMC

-1-